UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| BRENDA SMITH ) | Case Number: 10-489 |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| LTD FINANCIAL SERVICES, L.P. ) | |
| ) | |
| Defendant ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Brenda Smith, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/  Brent F. Vullings
    Brent F. Vullings, Esquire
    Attorney for Plaintiff
    Attorney I.D. #92344
    Warren & Vullings, LLP
    1603 Rhawn Street
    Philadelphia, PA  19111
    215-745-9800